**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **R.B., et al.,**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**MIDDLETOWN TOWNSHIP BORD OF EDUCATION,**<br><br>       **Defendant.** | Civil Action No. 23-930 (ZNQ)<br><br><br>**MEMORANDUM ORDER** |

This matter having come before the Court upon Plaintiffs' motion for leave to file a Second Amended Complaint to add disparate treatment claims under Section 504 of Rehabilitation Act, Title II of the Americans with Disabilities Act (the "ADA"), and the New Jersey Law Against Discrimination (the "NJLAD") (Docket Entry No. 24); and Defendant having opposed Plaintiffs' motion; and the Court having fully reviewed and considered all arguments made in support of, and in opposition to, Plaintiffs' motion to amend; and the Court having considered Plaintiffs' motion without oral argument pursuant to L.Civ.R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

   **IT IS** on this 28th day of August, 2025,

   **ORDERED** that Plaintiffs' motion seeking leave to file a Second Amended Complaint to add disparate treatment claims under Section 504 of Rehabilitation Act, Title II of the ADA, and the NJLAD is **GRANTED**; and it is further

   **ORDERED** that Plaintiffs shall file their Second Amended Complaint no later than **September 11, 2025**; and it is further

**ORDERED** that the Clerk of the Court terminate Docket Entry No. 24.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**
